[No. 46624-1-I.   Division One.   October 1, 2001.]

NORTH KITSAP COORDINATING COUNCIL, ET AL., *Respondents*, v.
KITSAP COUNTY, *Defendant*, ROBERT SCREEN, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-32502-3, Ann Schindler, J., entered February 7, 2001. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 47065-5-I.   Division One.   October 1, 2001.]

SILICON VALLEY BANK, *Respondent*, v. MIRROR SOFTWARE CORP.,
*Defendant*, BUSINESS CREDIT LEASING, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-2-01640-8, Richard A. Jones and Richard D. Eadie, JJ., entered July 3 and 7, 2000. *Dismissed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Webster, JJ.

[No. 19404-3-III.   Division Three.   October 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MERAZ
ZAMORA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01441-8, Richard J. Schroeder, J., entered October 16, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.

[No. 19484-1-III.   Division Three.   October 2, 2001.]

THERESA HEMPHILL, *Appellant*, v. CRAIG J. MARTIN, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-07711-1, Richard J. Schroeder, J., entered July 7, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.